# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|                       |                                                    |
|----------------------:|----------------------------------------------------|
| **Debtor:**           | PATRICK JOSEPH & ELIZABETH DANIEL O'HARA           |
| **Case Number:**      | 2:09-bk-22382-SSC          **Chapter:** 13          |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 16, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY                                |
| **Courtroom Clerk:**  | WANDA GARBERICK                                    |
| **Reporter / ECR:**   | ANDAMO PURVIS                                      |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK NATIONAL ASSOCIATION

**R / M #:** 22 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR PATRICK JOSEPH O'HARA, ELIZABETH DANIEL O'HARA
LEONARD J. MCDONALD, ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION

## Proceedings:

Parties states that this matter is resolved, and put their stipulation on record.

COURT: THE COURT THIS MATTER IS RESOLVED AND WILL AWAIT THE STIPULATION AND FORM OF ORDER.